UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 11-76 (KSH) |
| v. | : | Hon. Katharine S. Hayden |
| WILBERT BAKER | : | <u>UNSEALING ORDER</u> |

This matter having come before the Court on the application of the United States of America (Shirley U. Emehelu, Assistant U.S. Attorney, appearing) for an order that the Indictment returned in the above-captioned matter be unsealed, given that the Defendant is in State custody and a federal detainer has now been lodged against him; and for good cause shown,

IT IS ON this 10th day of February, 2011,

ORDERED that the Indictment filed in the above-captioned matter is unsealed.

_____
HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE