UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :        Hon. Katharine S. Hayden
                                         Crim. No. 11-76

            v.                  :
                                         CONTINUANCE ORDER

WILBERT BAKER                   :


            This matter having come before the Court on the joint

application of Paul J. Fishman, United States Attorney for the

District of New Jersey (by Shirley U. Emehelu, Assistant U.S.

Attorney), and defendant Wilbert Baker (by Candace Hom, Esq.) for

an order granting a continuance of the proceedings in the above-

captioned matter, and the defendant being aware that he has a

right to have the matter brought to trial within 70 days of the

date of his appearance before a judicial officer of this court

pursuant to Title 18 of the United States Code, Section

3161(c)(1), and as the defendant has consented to such a

continuance, and for good and sufficient cause shown,

            IT IS THE FINDING OF THIS COURT that this action should

be continued for the following reasons:

            1.    Defense counsel requires adequate time to review

the discovery provided by the United States;

            2.    Taking into account the exercise of diligence,

therefore, the facts of this case require that defense counsel be

permitted a reasonable amount of additional time for effective preparation in this matter;

      3.    Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary;

      4.    Defendant has consented to the aforementioned continuance; and

      5.    Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _22nd_ day of March, 2011,

IT IS ORDERED that pretrial motions shall be filed by June 3, 2011, replies to said motions shall be filed by June 17, 2011, a motions hearing will be held on a date to be determined by the Court, and the trial is scheduled for July 18, 2011; and

IT IS FURTHER ORDERED that the period from the date of this order through and including July 18, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. KATHARINE S. HAYDEN
United States District Judge

Form and entry
consented to:

_Shirley Emehelu_

SHIRLEY U. EMEHELU
Assistant U.S. Attorney

CANDACE HOM
Assistant Federal Public Defender
Counsel for defendant Wilbert Baker