UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | | Crim. No. 11-76 |
| v. | : | |
| | | CONTINUANCE ORDER |
| WILBERT BAKER | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Shirley U. Emehelu, Assistant U.S. Attorney), and defendant Wilbert Baker (by Candace Hom, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The defendant and the United States have reached a plea agreement, which will render trial of this matter unnecessary;

2. The parties require additional time to prepare for the plea hearing in this matter, which is scheduled for July 27, 2011 at noon;

3. Defendant has consented to the aforementioned continuance; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___19th___ day of July, 2011,

ORDERED that this action be, and hereby is, continued for a period of sixty-two (62) days from July 19, 2011 to September 19, 2011; and it is further

ORDERED that the period from July 19, 2011 through and including September 19, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. KATHARINE S. HAYDEN
United States District Judge